UNITED STATES COURT OF APPEALS
For the Fifth Circuit

No. 99-60298
Summary Calendar

RUTH ANDERSON,

Plaintiff-Appellant,

VERSUS

DAN GLICKMAN, Secretary, United States
Department of Agriculture,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Mississippi

(3:97-CV-779)

July 20, 2000

Before EMILIO M. GARZA, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Ruth Anderson sued Dan Glickman as Secretary of the Department of Agriculture alleging claims of discrimination on the basis of her race and sex and retaliation by her employer, the United States Forestry Service. The case was tried to a jury who returned

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

verdicts in favor of her employer on all issues.  Anderson moved for a new trial on the grounds that the district court erred in sustaining the employer's objection, on the grounds of hearsay and relevance, to the admission of a document which was part of a report of the EEOC investigation.  The district court overruled Anderson's motion for new trial and Anderson appeals.

We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record itself.  For the reasons stated by the district judge in his Opinion and Order filed under date of April 5, 1999, we find that the district court did not abuse its discretion in overruling the motion for new trial, and we AFFIRM the Final Judgment entered herein on January 26, 1999.

**AFFIRMED.**